# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2007

134094-5

_____

IN RE SUAVÉ ALEXANDER STEPHENS,
ZAVONTE MARTELL STEPHENS,
and RAYMONI LOVE STURGIS, Minors.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
       Petitioner-Appellee,
v


JENNIFER SABRINIA STEPHENS, a/k/a
JENNIFER SABRINA STEPHENS,
       Respondent-Appellant,
and

URIAN RAMON STURGIS,
       Respondent.

_____

IN RE RAYMONI LOVE STURGIS, Minor.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
       Petitioner-Appellee,
v


URIAN RAMON STURGIS,
       Respondent-Appellant,
and

JENNIFER SABRINIA STEPHENS, a/k/a
JENNIFER SABRINA STEPHENS,
       Respondent.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134094
COA: 271015
Wayne CC
Family Division: 04-435191-NA

SC: 134095
COA: 271016
Wayne CC
Family Division: 04-435191-NA

On order of the Court, the application for leave to appeal the March 29, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2007

_____
Clerk

s0626